In the Matter of CHRISTINE RAPHAEL, Respondent, v. HOWARD N. RAPHAEL, Appellant.

552

Ughetta, Acting P. J., Brennan, Rabin, Benjamin and Munder, JJ., concur.